KC FILED
JAN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCISCO REYES-DIAZ<br>also known as Manuel Mariscal Magana | **08CR 0079**<br><br>Violation: Title 8, United States Code, Section 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4)<br><br>**JUDGE CONLON**<br><br>**MAGISTRATE JUDGE ASHMAN** |

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about December 21, 2007, at Joliet, in the Northern District of Illinois, Eastern Division,

FRANCISCO REYES-DIAZ,
also known as Manuel Mariscal Magana

defendant herein, an alien who previously had been deported and removed from the United States on or about April 12, 2005, and on or about January 5, 2005, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY