Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 79 - 001 | **DATE** | 1/31/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. FRANCISCO REYES-DIAZ | | |

**DOCKET ENTRY TEXT**

The arraignment on February 5, 2008 at 9:00 a.m. is referred to Magistrate Judge Ashman. The government shall provide all Rule 16 discovery by February 11, 2008. A status hearing is set on February 28, 2008 at 9:00 a.m. for trial schedule or plea.

*Suzanne B. Conlon*

cc: Magistrate Judge Ashman; U.S. Marshal; Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|