## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 79 - 1 | **DATE** | 2/5/2008 |
| **CASE TITLE** | USA vs. Francisco Reyes-Diaz | | |

**DOCKET ENTRY TEXT**

Arraignment and plea reset to 2/12/2008 at 10:15 a.m., before Magistrate Judge Ashman in courtroom 1386., by agreement of the parties.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|