# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 79 - 1 | **DATE** | 2/12/2008 |
| **CASE TITLE** | USA vs. Francisco Reyes-Diaz | | |

**DOCKET ENTRY TEXT**

Arraignment held on 2/12/2008. Defendant enters plea of not guilty to all counts. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings until further order of court. Status hearing is set for 2/28/2008 at 9:00 a.m., before Judge Conlon. Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:03

| | Courtroom Deputy Initials: | IS |
|---|---|---|