# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 79 | **DATE** | 2/28/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. FRANCISCO REYES-DIAZ | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant not present. Status hearing continued to March 4, 2008 at 9:00 a.m. The United States Marshal's Service is requested to not remove defendant from the MCC until after March 3, 2008.

*Suzanne B. Conlon*

Copy to U.S. Marshal Service. Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|