# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0079 | **DATE** | 3/4/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. FRANCISCO REYES-DIAZ | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant is present. Pretrial conference is set for March 18, 2008 at 1:00 pm and the defendant is ordered to be present. The case is set for trial on April 7, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|