RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 0 5 2008

JUDGE SUZANNE B. CONLON
United States District Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 79 |
| v. | ) | Judge Suzanne B. Conlon |
| | ) | |
| FRANCISCO REYES-DIAZ | ) | |
|    also known as "Manuel Mariscal | ) | |
|    Magana" | ) | |

## ORDER TO EXCLUDE TIME

THIS CAUSE coming to be heard upon the agreed motion to exclude time, pursuant to 18 U.S.C. § 3161, the Court hereby finds:

1. The defendant appeared for arraignment on February 12, 2008. At the arraignment, trial in this matter was set to commence on or by April 22, 2008.

2. A status hearing was set for February 28, 2008. Due to an unrelated security incident which occurred on the morning of February 28, 2008, the defendant could not appear for the status hearing, and the status hearing was re-set for March 4, 2008. At the status on March 4, 2008, trial was set for April 7, 2008 and a pre-trial conference was set for March 18, 2008. During both court appearances, the government moved to exclude time, and defense counsel agreed with that motion.

3. The Government and the defendant are engaged in plea negotiations.

4. Time from February 28, 2008 through and including March 18, 2008 is ordered excluded in this matter due to the defendant's unavailability for the February 28, 2008 status hearing and due to plea negotiations, pursuant to 18 U.S.C. §§ 3161(h)(3)(A) and (h)(1)(I).

ENTERED:

_____
SUZANNE B. CONLON
United States District Court Judge

DATED this 11th day of March, 2008.