# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0079 | **DATE** | 3/18/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. FRANCISCO REYES-DIAZ | | |

**DOCKET ENTRY TEXT**     *Recess so that*

Change of plea hearing held. Defendant is present. Defendant and defense counsel have an opportunity to consult with assistance of an interpreter. Defendant advised of his rights. Defendant withdraws his plea of not guilty and enters a plea of guilty to the one-count indictment. A presentence investigation report is ordered. The government shall submit its version of the offense to the probation office by 3/21/08. Sentencing is set on 5/22/08 at 2:00 pm. Any objections to the presentence report shall be filed by 5/15/08, with a courtesy copy to chambers. Pretrial conference set on 3/18/08, and trial set on 4/07/08 are stricken.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

1:30

| | Courtroom Deputy Initials: | WH |
|---|---|---|