Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0079 | **DATE** | 4/9/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. FRANCISCO REYES-DIAZ | | |

**DOCKET ENTRY TEXT**

On the court's own motion, the sentencing set on May 22, 2008 is reset to June 17, 2008 at 1:00 p.m.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

Courtroom Deputy Initials: WH