U.S. Department of Homeland Security                          Continuation Page for Form __I213__

| Alien's Name<br>REYES DIAZ, Francisco | File Number<br>A079022731<br>Event No: CHI0801000959 | Date<br>01/09/2008 |
|---|---|---|

```
CHICAGO, ILLINOIS, 60605,

RECORDS CHECKED
---------------
CIS Pos
CLAIM Pos
DACS Pos
TECS Pos

CHARGE CODES
------------
I6A
I9A2
I9C2


Record of Deportable/Excludable Alien:
METHOD OF LOCATION/ APPRREHENSION:
Subject REYES DIAZ, Francisco was encountered and interviewed by Immigration Enforcement
Agent assigned to the Cook County Correctional Facility in Illinois. Alienage and
deportability was established and a detainer was placed with the facility.

ALIENAGE AND DEPORTABILITY/INADMISSIBILITY:
Subject voluntarily admitted that he is not a citizen or national of the United States.
Subject is a native and citizen of Mexico who last entered the United States on or about
January 2006 at or near San Ysidro, California. Subject was not then admitted or paroled
after inspection by an Immigration Official or Customs and Border Protection Officer.
Subject makes no claim to United States citizenship or Lawful Permanent Resident status.
Subject has a prior order of removal that was entered on 12/13/2004 at Chicago, Illinois. He
was subsequently removed from the United States pursuant to INA Sections 237(a)(2)(A)(iii)
on 1/02/2005. Subject entered or attempted to reenter the United States without being
admitted and was again removed on 04/12/2005. Subject admitted to re-entering the county
illegally and not having permission from the Attorney General to re-enter.

CRIMINAL HISTORY:
Subject was last convicted on 12/18/2007 in the Cook County Circuit Court in Illinois for
the offense of Manufacturing and delivery, in violation of 720 ILCS 550(46). Subject was
sentenced to four years with the Illinois Department of Corrections.
Subject has several arrests that include Manufacturing meth, Transportating/sell
narcotics/controlled substance, obstructing public officer, possession cannabis/>5000 grams.

INTELLIGENCE INFORMATION:
Subject claims to have four United States citizen children living in the United States. All
checks cleared and no travel history was found. Subject has no known health conditions.
Subject appears and claims to be in good condition. Subject stated that he has no petitions
or applications pending with the Bureau of U.S. Citizenship and Immigration Services. ICE
computerized indices reflect no application or petition pending before CIS on behalf of the
subject.

RECOMMENDATIONS:
Subject is amenable to removal under INA Sections 212(a)(6)(A)(i) Alien present without
admission...(CONTINUED ON NEXT PAGE)
```

| Signature<br>LILIA DEAVILA | Title<br>IMMIGRATION ENFORCEMENT AGENT |
|---|---|

__2__ of __3__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>REYES DIAZ, Francisco | File Number<br>A079022731<br>Event No: CHI0801000959 | Date<br>01/09/2008 |

of parole, 212(a)(9)(A)(ii) Alien previously removed, not as an arriving alien & aggravated felony conviction, and 212(a)(9)(C)(i)(II) Previously ordered removed and entered or attempted to enter without being admitted.

Subject was served with an I-871 Notice of Intent/Decision to Reinstate Order and will be presented to the Assistant U.S. Attorney for possible prosecution.

| Signature<br>LILIA DEAVILA | Title<br>IMMIGRATION ENFORCEMENT AGENT |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)