| U.S. Department of Homeland Security | Subject ID : 267715691 | | Record of Deportable/Inadmissible Alien | | | |
|---|---|---|---|---|---|---|
| Family Name (CAPS) REYES DIAZ, Francisco | First | Middle | Sex M | Hair BRO | Eyes BRO | Cmplxn MED |
| Country of Citizenship: MEXICO | Passport Number and Country of Issue | File Number Case No:CHI0801000959 A079022731 | Height 67 | Weight 115 | Occupation | |
| U.S. Address See Narrative | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry 1/ /2006, Unknown Time, SYS, ENTERED WITHOUT INSPECTION | Passenger Boarded at | | F.B.I. Number 561182EB0 | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | Method of Location/Apprehension CST 520.3 | | | |
| Date of Birth 09/17/1976 Age: 31 | Date of Action 01/09/2008 | Location Code CHI/CHI | At/Near Chicago, IL | Date/Hour 01/09/2008 | | |
| City, Province (State) and Country of Birth APATZINGAN, MICHOACAN, MEXICO | AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | | By LILIA DEAVILA | | | |
| NIV issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Mexico | Status When Found IN INSTITUTION | | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. AT ENTRY | | | |
| Immigration Record POSITIVE - See Narrative | Criminal Record See Narrative | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children CLAIMS FOUR USC CHILDREN | | | |
| Father's Name, Nationality, and Address, if Known Nationality:MEXICO , Francisco | | | Mother's Present and Maiden Names, Nationality, and Address, if Known Nationality:MEXICO , Marcelena | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 14687372     Left Index fingerprint     Right Index fingerprint

  

OTHER ALIASES KNOWN BY:
--------------------------
MARISAL MAGANA,MANUEL DOB: 12/11/1977

US ADDRESS
----------
U.S. DEPARTMENT OF HOMELAND SECURITY 101 WEST CONGRESS PARKWAY
...(CONTINUED ON I-831)

Alien has been advised of communication privileges _____ (Date/Initials)

LILIA DEAVILA
IMMIGRATION ENFORCEMENT AGENT
(Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: LILIA DEAVILA |
| | on: January 9, 2008 at 1200 (time) |
| | Disposition: REINSTATEMENT OF DEPORT ORDER I-871 |
| | Examining Officer: JOSEPH SUAZO JR |

Form I-213 (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>REYES DIAZ, Francisco | File Number<br>A079022731<br>Event No: CHI0801000959 | Date<br>01/09/2008 |

CHICAGO, ILLINOIS, 60605,

RECORDS CHECKED
---------------
CIS Pos
CLAIM Pos
DACS Pos
TECS Pos

CHARGE CODES
------------
I6A
I9A2
I9C2


Record of Deportable/Excludable Alien:
METHOD OF LOCATION/ APPRREHENSION:
Subject REYES DIAZ, Francisco was encountered and interviewed by Immigration Enforcement Agent assigned to the Cook County Correctional Facility in Illinois. Alienage and deportability was established and a detainer was placed with the facility.

ALIENAGE AND DEPORTABILITY/INADMISSIBILITY:
Subject voluntarily admitted that he is not a citizen or national of the United States. Subject is a native and citizen of Mexico who last entered the United States on or about January 2006 at or near San Ysidro, California. Subject was not then admitted or paroled after inspection by an Immigration Official or Customs and Border Protection Officer. Subject makes no claim to United States citizenship or Lawful Permanent Resident status. Subject has a prior order of removal that was entered on 12/13/2004 at Chicago, Illinois. He was subsequently removed from the United States pursuant to INA Sections 237(a)(2)(A)(iii) on 1/02/2005. Subject entered or attempted to reenter the United States without being admitted and was again removed on 04/12/2005. Subject admitted to re-entering the county illegally and not having permission from the Attorney General to re-enter.

CRIMINAL HISTORY:
Subject was last convicted on 12/18/2007 in the Cook County Circuit Court in Illinois for the offense of Manufacturing and delivery, in violation of 720 ILCS 550(46). Subject was sentenced to four years with the Illinois Department of Corrections.
Subject has several arrests that include Manufacturing meth, Transportating/sell narcotics/controlled substance, obstructing public officer, possession cannabis/>5000 grams.

INTELLIGENCE INFORMATION:
Subject claims to have four United States citizen children living in the United States. All checks cleared and no travel history was found. Subject has no known health conditions. Subject appears and claims to be in good condition. Subject stated that he has no petitions or applications pending with the Bureau of U.S. Citizenship and Immigration Services. ICE computerized indices reflect no application or petition pending before CIS on behalf of the subject.

RECOMMENDATIONS:
Subject is amenable to removal under INA Sections 212(a)(6)(A)(i) Alien present without admission...(CONTINUED ON NEXT PAGE)

| Signature<br>LILIA DEAVILA | Title<br>IMMIGRATION ENFORCEMENT AGENT |
|---|---|

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                              Continuation Page for Form __I213__

| Alien's Name | File Number | Date |
|---|---|---|
| REYES DIAZ, Francisco | A079022731<br>Event No: CHI0801000959 | 01/09/2008 |

of parole, 212(a)(9)(A)(ii) Alien previously removed, not as an arriving alien & aggravated felony conviction, and 212(a)(9)(C)(i)(II) Previously ordered removed and entered or attempted to enter without being admitted.

Subject was served with an I-871 Notice of Intent/Decision to Reinstate Order and will be presented to the Assistant U.S. Attorney for possible prosecution.

| Signature | Title |
|---|---|
| LILIA DEAVILA | IMMIGRATION ENFORCEMENT AGENT |

__3__ of __3__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)