DEPARTMENT OF HOMELAND SECURITY  Recd  Sworn Statement in
IMMIGRATION AND CUSTOM ENFORCEMENT  Administrative Proceedings
DETENTION AND REMOVAL

---

Office: Chicago DRO　　　　　　　　　　　　　　　File No: A79-022-731

Statement by: REYES DIAZ, Francisco aka: MARISCAL MAGANA, Manuel

At: Chicago, Illinois　　　　　　　　　　　　　　Date: January 09, 2008

Before: Agent DeAvila

In the　　　Spanish　　　language　　Interpreter: Not used

**I am an officer of the United States Immigration and Custom Enforcement authorized by law to administer oaths and take testimony in connection with the enforcement of Immigration and Custom Enforcement laws of the United States. I desire to take your sworn statement regarding your immigration status in the United States.**
*Yo soy official del Servicio de Immigration and Custom Enforcement, estoy autorizado por la ley a administrar juramentos y tomar testimonio con relacion a la ejecucion de las leyes de Immigration and Custom Enforcement de los E. U. States.*
*Yo deseo tomar su declaracion bajo juramento tocante a su estatdo a los E. U.*

Q. Do you understand what I have said to you?
*Entiende lo que le he dicho?*
A. Yes.

Q. Any statements you make must be given freely and voluntarily. Are you willing to answer my question at this time?
*Todas las declaraciones que va a hacer tienen que ser libre y voluntariamente. Esta dispuesto a contestar mis preguntas?*
A. Yes.

Q. Do you swear and affirm that all statements you are about to make are true and complete?
*Jura que todas las declaraciones que va a decir son verdaderas y completas?*
A. Yes.

Q. Do you have any fear of persecution or torture should you return to your country?
*Tiene Vd. miedo de persecucion o torturar en caso de Vd. regresa a su pais?*
A. No.

Q. What is your true and correct name?
*Cual es su nombre verdadero y correcto?*
A. Manuel MARISCAL MAGANA

Q. Have you used any other names and if so, what names have you used?
*¿Usted ha usado otro nombre, y si cual ha usado?*
A. Yes, Francisco REYES, Arturo CISNEROS, Manuel MENDEZ

Q. What is your date of birth?
*¿Cuál es su fecha de nacimiento?*
A: December 11, 1977

Q. Where were you born?
*Donde nacio?*
A: Apatzingan Michoacan, Mexico

Initials: M.M.

1

DEPARTMENT OF HOMELAND SECURITY  
IMMIGRATION AND CUSTOM ENFORCEMENT  
DETENTION AND REMOVAL

Rec. , Sworn Statement in  
Administrative Proceedings

Q. What is your current state of health?  
*Que es su estado de salud en este momento?*  
A: I am good.

Q. What is your marital status?  
*Cual es su estado civil?*  
A. I am single.

Q: DO you have any children?  
*Tiene hijos? Cuantos?*  
A: Yes, I have four. All four are U.S. Citizens

Q: What is your fathers name?  
*Como se llama su papa?*  
A: Manuel Mariscal Flores

Q: What is your mothers name?  
*Como se llama su mama?*  
A: Rita Magana Sandoval

Q: Of what country are your parents citizens of?  
*Deque pais son ciudadanos sus padres?*  
A: Mexico.

Q. How, when and where did you enter the United States?  
*Como, cuando, y donde entro . a los EU?*  
A. About the first or second week of January 2006, I don't remember exactly. I came through Tijuana. I paid a U.S. Border patrol agent $4,500 to help six of us cross the border. We were in a car.

Q. Have you ever been deported from the United States? If so, on what date(s) and through where?  
*Ha sido deportado de los EU alguna vez? En que fecha(s) y por donde?*  
A. Yes, last time was January 5, 2004 or 2005. They sent me to Reynosa, I think. The first time was I think in 1998, I don't remember.

Q. If you have been deported from the United States, did you receive permission from the Attorney General to re-enter the United States?  
*Aplico usted para el permiso o recibio permiso para entrar de nuevo en los EU despues de haber sido deportado?*  
A. No.

Q: Do you or any other person have any pending applications, petitions, or any other actions with the U.S. Citizenship and Immigration Service to receive immigration benefits?  
*Tiene usted o alguna otra persona alguna applicacion o peticion pendiente con el servicio de Immigracion para recivir beneficios de immigracion?*  
A: No.

Q. Do you have anything else you would like to add to this?  
*Usted tiendria alguna otra cosa para comentar sobre este proceso?*  
A: No.

Initials: M.M.

2

USA 3

DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOM ENFORCEMENT
DETENTION AND REMOVAL

Rec... Sworn Statement in Administrative Proceedings

I have read (or have had read to me) the foregoing statement, consisting of pages 1, 2 and 3. I state that the answers made therein by me are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my interrogation on the date indicated by the above-named officer of Immigration and Customs Enforcement. I have initialed each page of this statement and the correction(s).

Signature ___MANUEL MARISCAL___

Subscribed and sworn to before me at: Chicago, Illinois

On January 09, 2008

Agent DeAvila, Dept. of Homeland Security, ICE

Witnessed by: _____

3