Government Exhibit C

U.S. Department of Homeland Security

Notice of Intent/Decision to Reinstate Prior Order

File No. A079 025 731
Event No: CHI0801000959
Date: January 9, 2008

Name: Francisco REYES DIAZ AKA: MARISAL MAGANA, MANUEL    FIN #: 14687372    DOB: 12/11/1977

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of __Removal__ (Deportation / exclusion / removal) entered against you. This intent is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on __December 13, 2004__ at __Florence, Arizona__
   (Location)    (Date)

2. You have been identified as an alien who:

   ☒ was removed on __April 12, 2005__ pursuant to an order of deportation / exclusion / removal.
       (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or after the date on which such order took effect (i.e., who self-deported).
       (Date)

3. You illegally reentered the United States on or about __1/ /2006__ at or near __San Ysidro, California__
   (Date)    (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the __SPANISH__ language.

__LILIA DEAVILA__
(Printed or typed name of official)

(Signature of officer)

IMMIGRATION ENFORCEMENT AGENT
(Title of officer)

### Acknowledgment and Response

I ☐ do ☒ do not wish to make a statement contesting this determination.

__January 08, 2008__
(Date)

__MANUEL MARISCAL__
(Signature of Alien)

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

__January 9, 2008__    __CHICAGO, IL__
(Date)    (Location)

JAMES MCPEEK    for
(Printed or typed name of official)

(Signature of authorized deciding official)

AFOD
(Title)

USA 1

