UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 79 |
| v. | ) | Judge Suzanne B. Conlon |
| | ) | |
| FRANCISCO REYES-DIAZ | ) | |
| also known as "Manuel Mariscal | ) | |
| Magana" | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the *Government's Sentencing Memorandum and Response to Defendant's Objections* was served on June 13, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, Local R. 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


    /s/ Stephen Chahn Lee
STEPHEN CHAHN LEE
Assistant United States Attorney