## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 79 | **DATE** | 6/17/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. FRANCISCO REYES-DIAZ, a.k.a. Manuel Mariscal Magana | | |

**DOCKET ENTRY TEXT**

Sentencing hearing held. Defendant's objection to the presentence investigation report calculation of his criminal history points is sustained. His criminal history points are reduced from 9 to 8. *ENTER JUDGMENT.*

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:40

| | Courtroom Deputy Initials: | WH |
|---|---|---|